UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENNETH HALLEY**                                     **CIVIL ACTION**

**VERSUS**                                             **NO. 20-2533**

**JASON KENT**                                         **SECTION M (2)**

### O R D E R

Having considered the complaint, the record, the applicable law, United States Magistrate Judge's Report and Recommendation ("R&R"), and the failure of any party to file any objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Kenneth Halley for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of January 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE